BELLE WOODING, Respondent and Appellant, *v.* WILLIAM B. THOM, Appellant, and TOWNSEND SCUDDER, Respondent.

Reported below, 148 App. Div. 21.
(Argued October 27, 1913; decided November 18, 1913.

APPEAL by the defendant Thom, by permission, from a judgment of the Appellate Division of the Supreme

Court in the first judicial department, entered December 9, 1911, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff against the defendant Thom, unless the plaintiff stipulated to reduce the same and reinstated the said verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendants.

Appeal by the plaintiff, by permission, from an order of said Appellate Division which affirmed an order of the trial court denying a motion to set aside a verdict in favor of defendant Scudder.

*Frank V. Johnson* and *Amos H. Stephens* for appellant.

*Chas. Caldwell* for plaintiff, respondent and appellant.

*John Vernou Bouvier, Jr.*, and *Edward F. Lindsay* for defendant, respondent.

Judgment affirmed, with costs, to plaintiff, respondent, on appeal of defendant Thom, and with costs to defendant Scudder as against the plaintiff on the latter's appeal; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and HOGAN, JJ. Not sitting: MILLER, J.